```
 1  THOMAS P. BROWN      State Bar No. 97315
    CYNTHIA E. GITT      State Bar No. 60369
 2  EPSTEIN BECKER & GREEN, P.C.
    1875 Century Park East, Suite 500
 3  Los Angeles, California 90067-2501
    Telephone: (310) 556-8861
 4  Facsimile: (310) 553-2165

 5
    Attorneys for Defendants
 6  THERACOM, INC., ROBERT DRESING, MARK HANSAN
    and DRESING-LIERMAN, INC.
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BATTISTA, an individual, | Case No. SACV 03-863 CJC (AJWx) |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| THERACOM, INC., an Ohio Corporation; ROBERT K. DRESING, an individual; MARK HANSAN, an individual; DRESING-LIERMAN, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

FILED
CLERK
AUG 27 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

LODGED
2003 AUG 27 PM 2:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

ORIGINAL

ENTERED ON ICMS
AUG 28 2003
CV



-1-    SACV 03-863 CJC (AJWx)
STIPULATION OF DISMISSAL

1  **IT IS HEREBY STIPULATED** by and between defendants THERACOM,
2  INC., ROBERT DRESING, MARK HANSAN and DRESING-LIERMAN, INC.
3  ("defendants"), on the one hand, and plaintiff Robert Battista
4  ("plaintiff"), on the other hand, by and through their respective
5  counsel of record, that the above-captioned matter be and hereby
6  is dismissed with prejudice pursuant to FRCP 41(a)(1) without
7  costs or fees to either party, the parties waiving all rights of
8  appeal.

10 DATED: August 15, 2003          EPSTEIN BECKER & GREEN, P.C.

12                                 By: *Cynthia E. Gitt*
                                   CYNTHIA E. GITT
13                                 Attorneys for Defendants
                                   THERACOM, INC., ROBERT
14                                 DRESING, MARK HANSAN and
                                   DRESING-LIERMAN, INC.

16 DATED: August 19, 2003          LERMAN, POINTER & CLARKSON

                                   By: *Glenn E. Lerman*
19                                 GLENN E. LERMAN
                                   Attorneys for Plaintiff
20                                 ROBERT BATTISTA

24        IT IS SO ORDERED
25        Dated  AUG 27 2003
                 _____
26               United States District Judge